## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

JOSEPH E. COHEN was appointed Trustee on February 26, 2004. The Debtors were entitled to an income tax refund. This refund was received by the Trustee for distribution to the creditors. The creditors are receiving a 26% distribution.

The Trustee was also responsible for the day to day administration of the Bankruptcy Estate. The duties carried out by the Trustee are as follows:

1. Review of court file upon appointment of Trustee.
2. Establishment and monthly reconciliation of Trustee bank accounts.
3. Maintaining and updating data and reports located in EPIC bankruptcy software.
4. Responding to letters and telephone calls from creditors as to status of case.
5. Examination of the Debtor at first meeting of creditors.
6. Review of claim docket and claims.
7. Review of books and records.
8. Preparation of Trustee's Final Report, Application for Trustee Compensation and related documents for closing of case.
9. Attendance at Final Meeting of Creditors.
10. Preparation of Final Distribution Report.
11. Issuance of checks for final distribution.
12. Preparation of Trustee's Final Account and Form 4.

It is estimated that the Trustee expended 8.00 hours in performing his Trustee duties.

**EXHIBIT A**