UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| **TORRES, FEDERICO** ) | | Case No. 04-00793 |
| **TORRES, MARIA D.** ) | | |
| Debtor(s). ) | | Hon. **A. BENJAMIN GOLDBAR** |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Lake County Courthouse, 18 N. County St., Waukegan, IL 60085 in Courtroom C-206 Court Annex
    On:   **October 5, 2007**            Time:   **1:30 p.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:
    Receipts                                          $4,540.28
    Disbursements                                        $10.65
    Net Cash Available for Distribution               $4,529.63

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN
*Trustee Compensation* | $0.00 | $1,135.07 | $18.80 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | | |

7. Claims of general unsecured creditors totaling $14,353.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 23.52%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000001 | Kohl"S Department Store | $1,814.31 | $426.69 |
| 000003 | Bank One Delaware Fka First Usa | $11,232.04 | $2,641.55 |
| 000004 | Citibank (South Dakota) N.A. | $621.85 | $146.25 |
| 000005 | Citibank Usa, Na | $685.76 | $161.27 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| NONE | $0.00 |

Dated: **September 13, 2007**               For the Court,

By:   **KENNETH S. GARDNER**
       CLERK OF BANKRUPTCY COURT

Trustee:   Joseph E. Cohen
           Cohen & Krol
Address:   105 West Madison Street
           Suite 1100
           Chicago, IL  60602
Phone No.: (312) 368-0300

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1         User: amcc7             Page 1 of 1         Date Rcvd: Sep 13, 2007
Case: 04-00793               Form ID: pdf002         Total Served: 23

The following entities were served by first class mail on Sep 15, 2007.
 db          +Federico Torres,   1123 Leo Springer Ln,   Beach Park, Il 60099-4616
 jdb         +Maria D Torres,    1123 Leo Springer Ln,   Beach Park, Il 60099-4616
 aty         +Kenneth S Borcia,   Kenneth Borcia & Associates,   P.O Box 447,   Libertyville, IL 60048-0447
 tr          +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
 7697209     +BP/Amoco,   PO Box 9014,   Des Moines IA 50368-9014
 8286255     +Bank One Delaware NA fka First USA,   c/o Weinstein Treiger & Riley P.S.,
               2101 4th Ave, Suite 900,   Seattle WA 98121-2339
 7638678      CITI CARDS,   P.O. Box 6405,   The Lakes, NV  88901-6405
 7638679      COLUMBIA HOUSE,   1400 N. Fruitridge Avenue,   P.O. Box 1157,   Terre Haute, IN  47811-1157
 7638677      Children Place,   P.O. Box 9025,   Des Moines, IA 50368-9025
 8316438     +Citibank (South Dakota) N.A.,   Assoc/BP Amoco Payment Center,   4300 Westown Parkway,
               West Des Moines IA 50266-1266
 8513657     +Citibank NA,   Citibank/Choice,   Exception Payment Processing,   PO Box 6305,
               The Lakes NV 88901-6305
 8410489     +Citibank USA, NA,   DBA Children's Place,   PO Box 9025,   Des Moines IA 50368-9025
 7638680      FIRST USA BANK,   P.O. Box 50882,   Henderson, NV  89016-0882
 7638681      IRWIN HOME EQUITY,   P.O. Box 5029,   San Ramon, CA  94583-0929
 7638682      IRWIN MORTGAGE,   P.O. Box 7189,   Indianapolis, IN  46207-7189
 8275085     +Irwin Home Equity,   12677 Alcosta Blvd, Ste 500,   San Ramon, CA 94583-4422
 7638683      KOHL'S,   P.O. Box 3043,   Milwaukee, WI  53201-3043
 8275084     +Kohl's Department Store,   c/o Creditors Bankruptcy Service,   PO Box 740933,
               Dallas TX 75374-0933
 7638684      NEW YORK LERNER,   P.O. Box 659728,   San Antonio, TX 78265-9728
 7638685      SCHOLASTIC/HELP ME BE GOOD,   P.O. Box 6002,   Jefferson City, MO  65102-6002
 7697211     +Sears,   RCCOC 8602,   PO Box 3671,   Des Moines IA 50323-0671
 7697212     +Target/Retailers National Bank,   PO Box 59317,   Minneapolis MN 55459-0317

The following entities were served by electronic transmission on Sep 14, 2007.
 7638686     +E-mail/PDF: vci.bkcy@vwcredit.com Sep 14 2007 02:37:03     VOLKSWAGEN CREDIT, INC.,   3800 Hamlin,
               Auburn Hills, MI 48326-2829
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 7697210*    +Citi Cards,   PO Box 6405,   The Lakes, NV 88901-6405
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**                    **Signature:**  *Joseph Speetjens*