IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **FEDERICO TORRES,** | ) | |
| **MARIA D. TORRES,** | ) | No. 04 B 00793 |
| | ) | |
| Debtor(s). | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO THE HONORABLE **A. BENJAMIN GOLDGAR,**
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Form 2 is attached as Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

December 27, 2007

/s/ JOSEPH E. COHEN
JOSEPH E. COHEN, Trustee

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602
312/368-0300
(Tr\FINALACCT.TORRES)